# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

DONIS ALEXANDER TOLEDO SANTOS, )
)
)
Petitioner, )
)
v. )     Case No. CIV-25-1433-SLP
)
SCARLET GRANT, et al., )
)
Respondents. )

## O R D E R

Before the Court is the Report and Recommendation [Doc. No. 19] (R&R) of United States Magistrate Judge Chris M. Stephens entered June 17, 2026. Judge Stephens advised Petitioner of his right to object to the R&R and directed any objections be filed on or before July 1, 2026. Judge Stephens further advised Petitioner that any failure to object would waive Petitioner's right to appellate review of the factual and legal issues addressed in the R&R.

Petitioner has neither filed an objection nor sought an extension of time in which to do so. Therefore, the Court finds that Petitioner has waived further review of all issues addressed in the R&R. *See Casanova v. Ulibarri*, 595 F.3d 1120, 1123 (10th Cir. 2010).

IT IS THEREFORE ORDERED that the Report and Recommendation [Doc. No. 19] is ADOPTED in its entirety and the Motion for Attorneys' Fees and Expenses Under the Equal Access to Justice Act [Doc. No. 15] is DENIED.

IT IS SO ORDERED this 13th day of July, 2026.

**SCOTT L. PALK**
**CHIEF UNITED STATES DISTRICT JUDGE**